UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                   :

R.A.R., JR., *an Infant by his mother and natural*   :
*guardian, Claudia Cardenas*, and CLAUDIA   :
CARDENAS, *Individually*,   :
                         Plaintiffs,   :               24-CV-517 (VSB)
                                   :
         -against-   :               **ORDER**
                                   :
                                   :
NEW YORK CITY MONTESSORI CHARTER   :
SCHOOL, CHOICE CHARTER SCHOOL, NEW   :
YORK CITY DEPARTMENT OF EDUCATION,   :
and CITY OF NEW YORK,   :
                                   :
                        Defendants.   :
-----------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On May 8, 2024, I endorsed the parties' proposed stipulation granting Plaintiffs thirty days to file an amended complaint, and providing Defendants thirty days, from the date they received the amended complaint, to respond to it. (Doc. 17.) On June 10, 2024, Plaintiffs filed a First Amended Complaint (the "FAC"). (Doc. 19.) To date, Defendants have not filed an answer or otherwise responded to the FAC. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 22, 2024. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     July 15, 2024
           New York, New York

                                            VERNON S. BRODERICK
                                            United States District Judge